Floyd W. Bybee, #012651
**FLOYD W. BYBEE, PLLC**
2473 S. Higley Road
Suite 104, #308
Gilbert, Arizona 85297
Office: (480) 756-8822
Fax: (480) 756-8882
floyd@bybeelaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **Carl E. Andrews**, an individual;<br><br>    Plaintiff,<br><br>v.<br><br>**Toyota Motor Credit Corporation**, a California corporation;<br><br>    Defendant. | No.  CV06-2104-PHX-DGC<br><br>**NOTICE OF SETTLEMENT** |

Notice is hereby given that the parties have reached a settlement in this matter, and will submit appropriate dismissal papers within thirty (30) days.

DATED  October 31, 2006  .

                                     s/ Floyd W. Bybee
                                     Floyd W. Bybee, #012651
                                     **FLOYD W. BYBEE, PLLC**
                                     2473 S. Higley Road
                                     Suite 104, #308
                                     Gilbert, Arizona 85297
                                     floyd@bybeelaw.com

                                     Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on  October 31, 2006  the attached document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Michael Reynolds**
    Attorney for Defendant

by   s/ Floyd W. Bybee