1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                       **DISTRICT OF ARIZONA**

8    _____
                                     )
9    **Carl E. Andrews,** an          )      No.   CV06-2104-PHX-DGC
     individual;                     )
10                                   )
                                     )
11        Plaintiff,                 )
                                     )
12   v.                              )
                                     )           **ORDER**
13   **Toyota Motor Credit**          )
     **Corporation,** a California    )
14   corporation;                    )
                                     )
15        Defendant.                 )
                                     )
16   _____)

17        Pursuant  to  the  Joint  Stipulation  and  Motion  for

18   Dismissal with Prejudice, and good cause appearing,

19        **IT  IS  HEREBY  ORDERED** dismissing  this  action  with

20   prejudice.

21        **IT IS FURTHER ORDERED** each party will bear its own costs

22   and attorney's fees incurred herein.

23        DATED this 1st day of December, 2006.

24

25                              *David G. Campbell*

26   _____
                              David G. Campbell
                            United States District Judge